# EXHIBIT 31

**Claim Chart Mapping accused Anglo American ("Valutrax") scanning machines to Claim 1 of U.S. Patent No. 12,375,261**

| U.S. Patent No. 12,375,261, Claim 1 | |
|---|---|
| Claim limitation | Accused Device: The Anglo American "Valutrax" scanning machines |
| 1.    An apparatus comprising: | On information and belief, the Anglo American Valutrax scanning machines are identical to the De Beers diamond scanning machines with respect to the elements of Claim 1.<br>    "Anglo American's digital traceability journey began in 2018, with De Beers' investment in Tracr™, the world's first fully distributed diamond traceability platform with the ability to explore the provenance and authenticity of a diamond."<br>https://www.angloamerican.com/media/press-releases/2023/14-11-2023<br><br>On information and belief, "Valutrax" is version 2-3 of Tracr. Rady v. BCG, et al. Complaint Video Folder Hyperlink, June 17, 2020, Tracr Community Briefing video @44:00. |
| a housing, | On information and belief, Anglo American's "Valutrax" scanning machines use the same housing as the De Beers Tracr scanning machines.<br><br>Rady v. BCG, et al. Complaint Video Folder Hyperlink, June 17, 2020, Tracr Community Briefing video, De Beers video entitled "Tracr-The Creation of a Digital Asset" at 00:10 shows a housing. |
| a spectral imaging camera mounted in or on said housing, | On information and belief, Anglo American's "Valutrax" scanning machines use the same a spectral imaging camera in as the De Beers Tracr scanning machines.<br><br>Rady v. BCG, et al. Complaint Video Folder Hyperlink, June 17, 2020, Tracr Community Briefing video, De Beers video entitled "Tracr-The Creation of a Digital Asset" at 00:11 shows a spectral imaging camera in the housing. |

1

**Claim Chart Mapping accused Anglo American ("Valutrax") scanning machines to Claim 1 of U.S. Patent No. 12,375,261**

| U.S. Patent No. 12,375,261, Claim 1 | |
|---|---|
| Claim limitation | Accused Device: The Anglo American "Valutrax" scanning machines |
| a light source mounted in or on said housing, | On information and belief, Anglo American's "Valutrax" scanning machines have the same light source that is used in the De Beers Tracr scanning machines.<br><br>Rady v. BCG, et al. Complaint Video Folder Hyperlink, June 17, 2020, Tracr Community Briefing video, De Beers video entitled "Tracr-The Creation of a Digital Asset" at 00:11 shows a light source in the housing. |
| a laser range scanner mounted in or on said housing, | On information and belief, Anglo American's "Valutrax" scanning machines have the same  laser range scanner that is used in the De Beers Tracr scanning machines.<br><br>Rady v. BCG, et al. Complaint Video Folder Hyperlink, June 17, 2020, Tracr Community Briefing video at 00:11 shows a laser range scanner.<br><br>https://www.debeersgroup.com/~/media/Files/D/De-Beers-Group-V2/documents/sustainability-and-ethics/building-forever-sustainability-report-2022.pdf, page 42: "How does Tracr Work?" ("A high-tech 3D scanner captures imagery and data on a diamond's attributes at source.") |
| a power source, | The Anglo American "Valutrax" scanning machines have a power source<br><br>A power source is required for operation of the above components |
| a processor in electronic communication with, said spectral imaging camera, and said laser range scanner, | have a processor in communication with the spectral imaging camera and the laser range scanner<br><br>A processor is required to control the above components and to run the software necessary to produce the functionality of the Anglo American scanner machines used for Valutrax. |

2

**Claim Chart Mapping accused Anglo American ("Valutrax") scanning machines to Claim 1 of U.S. Patent No. 12,375,261**

| U.S. Patent No. 12,375,261, Claim 1 | |
| --- | --- |
| Claim limitation | Accused Device: The Anglo American "Valutrax" scanning machines |
| a non-transient computer-readable memory in digital communication with said processor, | The Anglo American "Valutrax" scanning machines have a non-transient computer-readable memory in digital communication with the processor.<br><br>A non-transient memory is required for operation of the Anglo American scanning machines used for Valutrax |
| said non-transient computer-readable memory containing a plurality of unique digital signatures for a plurality of pre-recorded specific physical items, | On information and belief, the non-transient computer-readable memory of the Anglo American "Valutrax" scanning machines contain a plurality of unique digital signatures for a plurality of pre-recorded specific physical items. |
| each of said unique digital signatures comprising a digital combination of spectral data and 3D scan data of one of said pre-recorded specific physical items identifying and mapping in 3D coordinate space physical features of said one of said pre-recorded specific physical items, | On information and belief, Anglo American's "Valutrax" scanning machines operate just De Beers' scanning machines, where unique digital signature in the non-transient computer-readable memory of the Anglo American "Valutrax" scanning machines includes a combination of spectral data and 3D scan data that identifies and maps in 3D coordinate space a physical object's physical features, |
| wherein said physical features comprise one or more of anomalies, defects, imperfections, flaws, geometric irregularities, inclusions, occlusions, scratches, tears, and warps. | The physical features of the physical objects include anomalies, defects, imperfections, flaws, geometric irregularities, inclusions, and/or occlusions. |

3