# EXHIBIT 32

**Claim Chart Mapping accused Origyn Minting Box to Claim 1 of U.S. Patent No. 12,401,496**

| Claim limitation | Accused Device: The Origyn Minting Boxes |
|---|---|
| 1. A system comprising | |
| one or more processors, | The Origyn Minting Boxes have a processor.<br><br>A processor is required to control the components and to run the software necessary to produce the authentication functionality of the Origyn Minting Box. |
| a spectral imaging camera, | The Origyn Minting Boxes have a spectral imaging camera<br><br>"You go really deep into the material you see that suddenly it becomes extremely different – there are no lighters the same even if you produce a million, 10 million of that lighter . . . when you go inside the material it will be always different, so this is what we call biometry --we go inside the material inside the dial, inside the bezel or the screws, and we take picture of this and we can capture that image."<br>Reluxury Talks 2022 - Origyn Foundation Pitch, @ 4:29.<br>https://www.youtube.com/watch?v=OCG4TRB521I<br><br>A spectral imaging camera is required to "go really deep into the material." |
| a laser range scanner, | The Origyn Minting Boxes have a laser range scanner.<br><br>"The idea is to take a photo of the watch from every angle and in very high resolution as soon as it is produced, in order to generate a secure forgery-proof digital certification."<br><br>Le seconde main de luxe, un secteur en expansion qui doit traquer les contrefaçons - rts.ch - Economie – video @ 0.30<br><br>https://www.rts.ch/info/economie/13521536-le-seconde-main-de-luxe-un-secteur-en-expansion-qui-doit-traquer-les-contrefacons.html |

**Claim Chart Mapping accused Origyn Minting Box to Claim 1 of U.S. Patent No. 12,401,496**

| Claim limitation | Accused Device: The Origyn Minting Boxes |
| --- | --- |
| 1. A system comprising | |
| a light source, | The Origyn Minting Boxes have a light source <br><br> <br><br> Le seconde main de luxe, un secteur en expansion qui doit traquer les contrefaçons - rts.ch - Economie – video @ 0.30 <br><br> https://www.rts.ch/info/economie/13521536-le-seconde-main-de-luxe-un-secteur-en-expansion-qui-doit-traquer-les-contrefacons.html |
| a non-transient computer-readable memory and | The Origyn Minting Boxes have a non-transient computer readable memory <br><br> A non-transient memory is required for operation of the Origyn Minting Box. |

**Claim Chart Mapping accused Origyn Minting Box to Claim 1 of U.S. Patent No. 12,401,496**

| Claim limitation | Accused Device: The Origyn Minting Boxes |
|---|---|
| 1. A system comprising | |
| a connection to a computer network, | The Origyn Minting Boxes have a connection to a computer network<br><br>"These items will be embedded in digital twins which Origyn will house and will be deployed on the internet computer."<br><br>Swiss Luxury Watch Industry Reinvents a $35 Billion Dollar Market on The Internet Computer @ 0.12.<br>https://www.youtube.com/watch?v=2r5qQBKAHHU<br><br>. |
| said non-transient computer-readable memory containing computer-readable instructions which when executed by said one or more processors cause said one or more processors to: | The Origyn Minting Boxes have computer readable instructions (software).<br><br>Software is required for operation of the Origyn Minting Box. |

**Claim Chart Mapping accused Origyn Minting Box to Claim 1 of U.S. Patent No. 12,401,496**

| | |
|---|---|
| use spectral data for a physical item received from said spectral imaging camera and 3D scan data for said physical item received from said laser range scanner<br><br>to identify and map in 3D coordinate space physical features of said physical item, reflecting relative distances between said physical features of said physical item<br><br>to generate a unique signature for said physical item, and<br><br>record said unique signature for said physical item. | The Origyn Minting Boxes contain software that uses spectral data from the spectral imaging camera and 3D scan data from the laser range scanner to identify physical features of the minted items.<br><br><br><br>Rady v. BCG, et al. Complaint Video Folder Hyperlink, ORIGYN Biometric Certificates How Certification Works for Luxury Objects – video<br><br>The Origyn Minting Boxes contain software that uses spectral data from the spectral imaging camera and 3D scan data from the laser range scanner to identify physical features of the minted items, reflecting relative distances between said physical features of minted items. |

**Claim Chart Mapping accused Origyn Minting Box to Claim 1 of U.S. Patent No. 12,401,496**

| Claim limitation | Accused Device: The Origyn Minting Boxes |
|---|---|
| 1. A system comprising | |
| |  Rady v. BCG, et al. Complaint Video Folder Hyperlink, ORIGYN Biometric Certificates How Certification Works for Luxury Objects – video<br><br>The assurance of authenticity and provenance claimed by Origyn for the Origyn Minting Box requires that the signatures for minted items identify and map in 3D coordinate space the minted items' physical features. The mapping of physical features in 3D space inherently reflects the relative distances between the physical features. The "minting" results in a unique signature for each physical item, which is recorded in a database. |