# EXHIBIT 33

**Claim Chart Mapping accused De Beers' diamond scanning machines to Claim 1 of U.S. Patent No. 12,401,496**

The **De Beers** diamond scanning machines (the "Accused Device") are
- imported into the U.S. by De Beers Group,
- used by De Beers Jewelers,
- used by Signet Jewelers' Kay Jewelers, Zales, Jared, and Blue Nile brand retail stores, and
- used by Brilliant Earth.

| U.S. Patent No. 12.401,496, Claim 1 | |
|---|---|
| Claim limitation | Accused Device: The De Beers diamond scanning machines |
| 1. A system comprising | |
| one or more processors, | The De Beers diamond scanning machines have a processor<br><br>On information and belief, a processor is required to control the above components and to run the software necessary to produce the functionality of the diamond scanner machines used for Tracr. |

**Claim Chart Mapping accused De Beers' diamond scanning machines to Claim 1 of U.S. Patent No. 12,401,496**

The **De Beers** diamond scanning machines (the "Accused Device") are
- imported into the U.S. by De Beers Group,
- used by De Beers Jewelers,
- used by Signet Jewelers' Kay Jewelers, Zales, Jared, and Blue Nile brand retail stores, and
- used by Brilliant Earth.

| U.S. Patent No. 12.401,496, Claim 1 | |
|---|---|
| Claim limitation | Accused Device: The De Beers diamond scanning machines |
| a spectral imaging camera, | The De Beers diamond scanning machines have a spectral imaging camera Rady v. BCG, et al. Complaint Video Folder Hyperlink, De Beers video entitled "Tracr-The Creation of a Digital Asset" at 00:11. |

**Claim Chart Mapping accused De Beers' diamond scanning machines to Claim 1 of U.S. Patent No. 12,401,496**

The **De Beers** diamond scanning machines (the "Accused Device") are
- imported into the U.S. by De Beers Group,
- used by De Beers Jewelers,
- used by Signet Jewelers' Kay Jewelers, Zales, Jared, and Blue Nile brand retail stores, and
- used by Brilliant Earth.

| U.S. Patent No. 12.401,496, Claim 1 | |
|---|---|
| Claim limitation | Accused Device: The De Beers diamond scanning machines |
| a laser range scanner, | The De Beers diamond scanning machines have a laser range scanner  <br> _Rady v. BCG, et al. Complaint Video Folder Hyperlink_, De Beers video entitled "Tracr-The Creation of a Digital Asset" at 00:11 |

**Claim Chart Mapping accused De Beers' diamond scanning machines to Claim 1 of U.S. Patent No. 12,401,496**

The **De Beers** diamond scanning machines (the "Accused Device") are
- imported into the U.S. by De Beers Group,
- used by De Beers Jewelers,
- used by Signet Jewelers' Kay Jewelers, Zales, Jared, and Blue Nile brand retail stores, and
- used by Brilliant Earth.

| U.S. Patent No. 12.401,496, Claim 1 | |
| --- | --- |
| Claim limitation | Accused Device: The De Beers diamond scanning machines |
| a light source, | The De Beers diamond scanning machines have a light source.<br><br><br><br>Rady v. BCG, et al. Complaint Video Folder Hyperlink, De Beers video entitled "Tracr-The Creation of a Digital Asset" at 00:11 |
| a non-transient computer-readable memory and | The De Beers diamond scanning machines have a non-transient computer readable memory.<br><br>On information and belief, a non-transient memory is required for operation of the diamond scanning machines used for Tracr. |

**Claim Chart Mapping accused De Beers' diamond scanning machines to Claim 1 of U.S. Patent No. 12,401,496**

The **De Beers** diamond scanning machines (the "Accused Device") are
- imported into the U.S. by De Beers Group,
- used by De Beers Jewelers,
- used by Signet Jewelers' Kay Jewelers, Zales, Jared, and Blue Nile brand retail stores, and
- used by Brilliant Earth.

| U.S. Patent No. 12.401,496, Claim 1 | |
|---|---|
| Claim limitation | Accused Device: The De Beers diamond scanning machines |
| a connection to a computer network, | The De Beers diamond scanning machines have a connection to a computer network.<br><br>On information and belief, a connection to a computer network is required for participation in Tracr.<br><br>The digital ID can then be passed on to the next stage of the value chain, allowing details to be shared of a diamond's origin and provenance at every step, right through to the retailer.<br><br>https://www.debeersgroup.com/~/media/Files/D/De-Beers-Group-V2/documents/sustainability-and-ethics/building-forever-sustainability-report-2022.pdf, page 42: "How does Tracr Work?" ("A high-tech 3D scanner captures imagery and data on a diamond's attributes at source.") |
| said non-transient computer-readable memory containing computer-readable instructions which when executed by said one or more processors cause said one or more processors to: | The De Beers diamond scanning machines have computer-readable instructions (software) which are executed by the one or more processors.<br><br>Software is required for participation in the Tracr solution. |

**Claim Chart Mapping accused De Beers' diamond scanning machines to Claim 1 of U.S. Patent No. 12,401,496**

The **De Beers** diamond scanning machines (the "Accused Device") are
- imported into the U.S. by De Beers Group,
- used by De Beers Jewelers,
- used by Signet Jewelers' Kay Jewelers, Zales, Jared, and Blue Nile brand retail stores, and
- used by Brilliant Earth.

| | |
|---|---|
| use spectral data for a physical item received from said spectral imaging camera and 3D scan data for said physical item received from said laser range scanner<br><br>to identify and map in 3D coordinate space physical features of said physical item, reflecting relative distances between said physical features of said physical item<br><br>to generate a unique signature for said physical item, and<br><br>record said unique signature for said physical item. | The De Beers diamond scanning machines use spectral data for a physical item received from said spectral imaging camera and 3D scan data for said physical item received from said laser range scanner to identify and map in 3D coordinate space physical features of said physical item<br><br>"..when a stone is discovered it is taken to a scanner which maps millions of points to form a complete 3D silhouette, or `, of the physical stone. This image and other characteristics such as the size and weight are logged on the system, completing the digital twin. In response to a question, regarding how to know if 20 small gems came from the same rough diamond, Mr. Tucker stated: "What Tracr does really effectively is marry the children stones to the parent stone and it keeps the parent-child relationship. We've developed algorithms which can take multiple scans along the value chain and verify them back to the original stone. Then we take the scan of the diamond through the cutting and planning process and we send those to the cloud and match it the whole way through the process…..Tracr isn't only reliant on blockchain, the system combines 3D mapping, AI, machine learning and the Internet of Things, which 'layer' on top of the blockchain."<br><br>Exhibit 25, "How De Beers is Tracing Diamonds from Miner to Customer."<br><br>".. Tracr is our unique platform that uses . . . scanning equipment . . . to capture the physical attributes and a 3D image of an individual diamond. This creates a digital ID – or "asset" – so its history can be traced.<br><br>De Beers Group is using a scanning and measuring facility . . . to process and register thousands of De Beers Group-sourced rough diamonds every day before they are sold to Sightholders. |

**Claim Chart Mapping accused De Beers' diamond scanning machines to Claim 1 of U.S. Patent No. 12,401,496**

The **De Beers** diamond scanning machines (the "Accused Device") are
- imported into the U.S. by De Beers Group,
- used by De Beers Jewelers,
- used by Signet Jewelers' Kay Jewelers, Zales, Jared, and Blue Nile brand retail stores, and
- used by Brilliant Earth.

| U.S. Patent No. 12.401,496, Claim 1 | |
|---|---|
| Claim limitation | Accused Device: The De Beers diamond scanning machines |
| | The digital ID can then be passed on to the next stage of the value chain, allowing details to be shared of a diamond's origin and provenance at every step, right through to the retailer. <br><br> A high-tech 3D scanner captures imagery and data on a diamond's attributes at source." <br><br> https://www.debeersgroup.com/~/media/Files/D/De-Beers-Group-V2/documents/sustainability-and-ethics/building-forever-sustainability-report-2022.pdf, page 42: "How does Tracr Work?" ("A high-tech 3D scanner captures imagery and data on a diamond's attributes at source.") |