**EXHIBIT 34**

**Claim Chart Mapping accused Anglo American ("Valutrax") scanning machines to Claim 1 of U.S. Patent No. 12,401,496**

| U.S. Patent No. 12,401,496, Claim 1 | |
|---|---|
| Claim limitation | Accused Device: The Anglo American "Valutrax" scanning machines: |
| 1. A system comprising | On information and belief, the Anglo American Valutrax scanning machines are identical to the De Beers diamond scanning machines with respect to the elements of claim 1.<br><br>"Anglo American's digital traceability journey began in 2018, with De Beers' investment in Tracr™, the world's first fully distributed diamond traceability platform with the ability to explore the provenance and authenticity of a diamond."<br><br>https://www.angloamerican.com/media/press-releases/2023/14-11-2023<br><br>On information and belief, "Valutrax" is version 2-3 of Tracr. Rady v. BCG, et al. Complaint Video Folder Hyperlink, June 17, 2020, Tracr Community Briefing video @44:00. |
| one or more processors, | The Anglo American "Valutrax" scanning machines have a processor.<br><br>A processor is required to control the above components and to run the software necessary to produce the authentication functionality of the Anglo American diamond scanning machines. |

**Claim Chart Mapping accused Anglo American ("Valutrax") scanning machines to Claim 1 of U.S. Patent No. 12,401,496**

| U.S. Patent No. 12,401,496, Claim 1 | |
|---|---|
| Claim limitation | Accused Device: The Anglo American "Valutrax" scanning machines: |
| a spectral imaging camera, | On information and belief, Anglo American's "Valutrax" scanning machines have the same spectral imaging camera in as the De Beers Tracr scanning machines.<br><br><br><br>Rady v. BCG, et al. Complaint Video Folder Hyperlink, De Beers video entitled "Tracr-The Creation of a Digital Asset" at 00:11 shows a spectral imaging camera in the housing.. |

**Claim Chart Mapping accused Anglo American ("Valutrax") scanning machines to Claim 1 of U.S. Patent No. 12,401,496**

| a laser range scanner, | On information and belief, Anglo American's "Valutrax" scanning machines have the same laser range scanner that is used in the De Beers Tracr scanning machines. |
| --- | --- |
| |  |
| | Rady v. BCG, et al. Complaint Video Folder Hyperlink, De Beers video entitled "Tracr-The Creation of a Digital Asset" at 00:11 shows a laser range scanner. |
| | https://www.debeersgroup.com/~/media/Files/D/De-Beers-Group-V2/documents/sustainability-and-ethics/building-forever-sustainability-report-2022.pdf, page 42: "How does Tracr Work?" ("A high-tech 3D scanner captures imagery and data on a diamond's attributes at source.") |

**Claim Chart Mapping accused Anglo American ("Valutrax") scanning machines to Claim 1 of U.S. Patent No. 12,401,496**

| U.S. Patent No. 12,401,496, Claim 1 | |
|---|---|
| Claim limitation | Accused Device: The Anglo American "Valutrax" scanning machines: |
| a light source, | On information and belief, Anglo American's "Valutrax" scanning machines have the same light source that is used in the De Beers Tracr scanning machines.<br><br><br><br>Rady v. BCG, et al. Complaint Video Folder Hyperlink, De Beers video entitled "Tracr-The Creation of a Digital Asset" at 00:11 shows a light source in the housing. |
| a non-transient computer-readable memory and | The Anglo American "Valutrax" scanning machines have a non-transient computer readable memory.<br><br>A non-transient memory is required for operation of the Anglo American diamond scanning machines. |

**Claim Chart Mapping accused Anglo American ("Valutrax") scanning machines to Claim 1 of U.S. Patent No. 12,401,496**

| U.S. Patent No. 12,401,496, Claim 1 | |
|---|---|
| Claim limitation | Accused Device: The Anglo American "Valutrax" scanning machines: |
| a connection to a computer network, | The Anglo American "Valutrax" scanning machines have a connection to a computer network.<br><br>A connection to a computer network is required for participation in the Valutrax traceability solution. |
| said non-transient computer-readable memory containing computer-readable instructions which when executed by said one or more processors cause said one or more processors to: | The Anglo American "Valutrax" scanning machines have computer-readable instructions (software).<br><br>Software is required for participation in the Valutrax traceability solution. |
| use spectral data for a physical item received from said spectral imaging camera and 3D scan data for said physical item received from said laser range scanner to identify physical features of said physical item, | On information and belief, Anglo American's "Valutrax" scanning machines operate just like De Beers' scanning machines, where in which the Anglo American "Valutrax" scanning machine software uses spectral data from the spectral imaging camera and 3D scan data from the laser range scanner to identify physical features of the scanned items, reflecting relative distances between said physical features of said physical item to generate a unique signature for the physical item. |
| and record said unique signature for said physical item. | On information and belief, Anglo American's "Valutrax" scanning machines operate just like De Beers' scanning machines, where the Anglo American "Valutrax" scanning machines record the unique signature for each scanned physical item. |