# EXHIBIT 30

**Claim Chart Mapping accused Origyn Minting Box to Claim 1 of U.S. Patent No. 12,375,261**

<table>
<tr><td>U.S. Patent No. 12,375,261, Claim 1</td><td></td></tr>
<tr><td>Claim limitation</td><td>Accused Device: The Origyn Minting Boxes:</td></tr>
<tr><td>1. An apparatus comprising:</td><td></td></tr>
<tr><td>a housing,</td><td>The Origyn Minting Boxes have a housing.<br>


<br>ReLuxury Talks 2022 Origyn Foundation Pitch video, at 13:09. https://www.youtube.com/watch?v=OCG4TRB521I; See Amended Complaint ¶106</td></tr>
</table>

**Claim Chart Mapping accused Origyn Minting Box to Claim 1 of U.S. Patent No. 12,375,261**

| | |
|---|---|
| | <br>Le seconde main de luxe, un secteur en expansion qui doit traquer les contrefaçons - rts.ch - Economie – video @ 0.30<br><br>https://www.rts.ch/info/economie/13521536-le-seconde-main-de-luxe-un-secteur-en-expansion-qui-doit-traquer-les-contrefacons.html; See Amended Complaint ¶106 |
| a spectral imaging camera mounted in or on said housing, | The Origyn Minting Boxes have a spectral imaging camera in or on the housing.<br><br>“You go really deep into the material you see that suddenly it becomes extremely different – there are no lighters the same even if you produce a million, 10 million of that lighter . . . when you go inside the material it will be always different, so this is what we call biometry -- we go inside the material inside the dial, inside the bezel or the screws, and we take picture of this and we can capture that image.”<br>Reluxury Talks 2022 - Origyn Foundation Pitch, @ 4:29.<br>https://www.youtube.com/watch?v=OCG4TRB521I; See Amended Complaint ¶106<br><br>A spectral imaging camera is required to “go really deep into the material.” |

**Claim Chart Mapping accused Origyn Minting Box to Claim 1 of U.S. Patent No. 12,375,261**

| | |
|---|---|
| a light source mounted in or on said housing, | The Origyn Minting Boxes have a light source mounted in the housing.<br><br>Economie Modifié le 29 novembre 2023 à 17:06<br>**Le seconde main de luxe, un secteur en expansion qui doit traquer les contrefaçons**<br>Le seconde main de luxe a le vent en poupe / 19h30 / 2 min. / le 5 novembre 2022<br><br>Le seconde main de luxe, un secteur en expansion qui doit traquer les contrefaçons - rts.ch - Economie – video @ 0.30<br><br>https://www.rts.ch/info/economie/13521536-le-seconde-main-de-luxe-un-secteur-en-expansion-qui-doit-traquer-les-contrefacons.html; See Amended Complaint ¶106 |
| a laser range scanner mounted in or on said housing, | The Origyn Minting Boxes have a laser range scanner in the housing.<br><br>"The idea is to take a photo of the watch from every angle and in very high resolution as soon as it is produced, in order to generate a secure forgery-proof digital certification." |

**Claim Chart Mapping accused Origyn Minting Box to Claim 1 of U.S. Patent No. 12,375,261**

| | |
|---|---|
| | Le seconde main de luxe, un secteur en expansion qui doit traquer les contrefaçons - rts.ch - Economie – video @ 0.30<br><br>https://www.rts.ch/info/economie/13521536-le-seconde-main-de-luxe-un-secteur-en-expansion-qui-doit-traquer-les-contrefacons.html<br><br>https://www.rts.ch/info/economie/13521536-le-seconde-main-de-luxe-un-secteur-en-expansion-qui-doit-traquer-les-contrefacons.html; See Amended Complaint ¶106 |
| a power source, | The Origyn Minting Boxes have a power source.<br><br>A power source is required for operation of the components of the Origyn Minting Box. |
| a processor in electronic communication with, said spectral imaging camera, and said laser range scanner, | The Origyn Minting Boxes have a processor in communication with the spectral imaging camera and the laser range scanner.<br><br>A processor is required to control the components and to run the software necessary to produce the authentication functionality of the Origyn Minting Box. |
| a non-transient computer-readable memory in digital communication with said processor, | The Origyn Minting Boxes have a non-transient computer-readable memory in digital communication with the processor.<br><br>A non-transient memory is required for operation of the Origyn Minting Box. |
| said non-transient computer-readable memory containing a plurality of unique digital signatures for a plurality of pre-recorded specific physical items, | The non-transient computer-readable memory in the Origyn Minting Boxes contains at least two unique digital signatures for a corresponding number of pre-recorded specific physical items. Origyn descended from Tracr and work just like Tracr.<br><br>"I'm Mike Schwartz, co-founder of Origyn and long-time supporter of Dfinity and the internet computer. Following my work with Tracr from the beginning a number of years ago, whose anchor partner was De Beers, Tracr was devised to implement provenance of diamonds for sustainability and ethically sourced assets through the value chain, and other industry players joined that platform. Since that time, I was always looking for other asset classes to leverage the same kind of benefits. Origyn, like Tracr, is concerned with the provenance and authenticity and heritage of real world physical objects in the first instance |

**Claim Chart Mapping accused Origyn Minting Box to Claim 1 of U.S. Patent No. 12,375,261**

| | |
|---|---|
| | luxury goods and in particular watches. Origyn allows us to uniquely identify and authenticate luxury watches and soon other items as well. . . . These items will be embedded in digital twins which Origyn will house and will be deployed on the internet computer."<br><br>Swiss Luxury Watch Industry Reinvents a $35 Billion Dollar Market on The Internet Computer @ 0.12. https://www.youtube.com/watch?v=2r5qQBKAHHU; See Amended Complaint ¶63<br><br>"Here we have a dial of a watch, a Daytona. We see index number two and we're taking millions of points, we're going to zoom in on the two and you see that the fingerprint is unique, no two can be the same. Even if you make the same dial a million times, they will still be unique."<br>https://www.rts.ch/info/economie/13521536-le-seconde-main-de-luxe-un-secteur-en-expansion-qui-doit-traquer-les-contrefacons.html; See Amended Complaint ¶106<br><br>(English Translation). |
| each of said unique digital signatures comprising a digital combination of spectral data and 3D scan data of one of said pre-recorded specific physical items identifying and mapping in 3D coordinate space physical features of said one of said pre-recorded specific physical items, | The unique digital signatures generated by the Origyn Minting Boxes each include a digital combination of spectral date and 3D scan data identifying and mapping in 3D coordinate space of the physical features of the physical items. The Origyn Minting Box maintains a record of the digital twin, the "secure forgery-proof digital certification" "Origyn allows us to uniquely identify and authenticate luxury watches and soon other items as well. . . . These items will be embedded in digital twins which Origyn will house."<br><br>Swiss Luxury Watch Industry Reinvents a $35 Billion Dollar Market on The Internet Computer @ 0.12. See Amended Complaint ¶106 |

**Claim Chart Mapping accused Origyn Minting Box to Claim 1 of U.S. Patent No. 12,375,261**

| | |
|---|---|
| |  Rady v. BCG, et al. Complaint Video Folder Hyperlink, ORIGYN Biometric Certificates How Certification Works for Luxury Objects – video; See Amended Complaint ¶172 |
| wherein said physical features comprise one or more of anomalies, defects, imperfections, flaws, geometric irregularities, inclusions, occlusions, scratches, tears, and warps. | The physical features of the physical objects that are minted include anomalies, defects, imperfections, flaws, geometric irregularities, inclusions, occlusions, scratches, tears, and/or warps. |

**Claim Chart Mapping accused Origyn Minting Box to Claim 1 of U.S. Patent No. 12,375,261**

| | |
|---|---|
| | <br>Rady v. BCG, et al. Complaint Video Folder Hyperlink ORIGYN Biometric Certificates How Certification Works for Luxury Objects – video, see Amended Complaint ¶172 |