EXHIBIT 31

**Claim Chart Mapping accused De Beers' diamond scanning machines to Claim 1 of U.S. Patent No. 12,375,261**

The **De Beers** diamond scanning machines (the "Accused Device") are

- imported into the U.S. by De Beers Group,
- used by De Beers Jewelers
- used by Signet Jewelers' Kay Jewelers, Zales, Jared, and Blue Nile brand retail stores

| Claim limitation | Accused Device: De Beers diamond scanning machine |
| --- | --- |
| 1. An apparatus comprising: | |
| a housing, | De Beers's diamond scanning machines have a housing.   Rady v. BCG, et al. Complaint Video Folder Hyperlink, De Beers video entitled "Tracr-The Creation of a Digital Asset" at 00:10; See Amended Complaint ¶155 |

**Claim Chart Mapping accused De Beers' diamond scanning machines to Claim 1 of U.S. Patent No. 12,375,261**

The **De Beers** diamond scanning machines (the "Accused Device") are

- imported into the U.S. by De Beers Group,
- used by De Beers Jewelers
- used by Signet Jewelers' Kay Jewelers, Zales, Jared, and Blue Nile brand retail stores

| | |
|---|---|
| a spectral imaging camera mounted in or on said housing, | De Beers's diamond scanning machines have a spectral imaging camera mounted in the housing.   Rady v. BCG, et al. Complaint Video Folder Hyperlink, De Beers video entitled "Tracr-The Creation of a Digital Asset" at 00:11; See Amended Complaint ¶155<br>Rady v. BCG, et al. Complaint Video Folder Hyperlink, June 17, 2020, Tracr Community Briefing video See Amended Complaint ¶102 |

**Claim Chart Mapping accused De Beers' diamond scanning machines to Claim 1 of U.S. Patent No. 12,375,261**

The **De Beers** diamond scanning machines (the "Accused Device") are

- imported into the U.S. by De Beers Group,
- used by De Beers Jewelers
- used by Signet Jewelers' Kay Jewelers, Zales, Jared, and Blue Nile brand retail stores

| Claim limitation | Accused Device: De Beers diamond scanning machine |
|---|---|
| | |
| a light source mounted in or on said housing, | De Beers's diamond scanning machines have a light source mounted in the housing.   Rady v. BCG, et al. Complaint Video Folder Hyperlink, De Beers video entitled "Tracr-The Creation of a Digital Asset" at 00:11; See Amended Complaint ¶155 |

**Claim Chart Mapping accused De Beers' diamond scanning machines to Claim 1 of U.S. Patent No. 12,375,261**

The **De Beers** diamond scanning machines (the "Accused Device") are

- imported into the U.S. by De Beers Group,
- used by De Beers Jewelers
- used by Signet Jewelers' Kay Jewelers, Zales, Jared, and Blue Nile brand retail stores

| | |
|---|---|
| a laser range scanner mounted in or on said housing, | De Beers's diamond scanning machines have a laser range scanner ("3D scanner") mounted in the housing.<br><br><br>Rady v. BCG, et al. Complaint Video Folder Hyperlink, June 17, 2020, Tracr Community Briefing video See Amended Complaint ¶102<br>Rady v. BCG, et al. Complaint Video Folder Hyperlink, De Beers video entitled "Tracr-The Creation of a Digital Asset", at 00:11; See Amended Complaint ¶155<br>https://www.debeersgroup.com/~/media/Files/D/De-Beers-Group-V2/documents/sustainability-and-ethics/building-forever-sustainability-report-2022.pdf, page 42: |

**Claim Chart Mapping accused De Beers' diamond scanning machines to Claim 1 of U.S. Patent No. 12,375,261**

The **De Beers** diamond scanning machines (the "Accused Device") are

- imported into the U.S. by De Beers Group,
- used by De Beers Jewelers
- used by Signet Jewelers' Kay Jewelers, Zales, Jared, and Blue Nile brand retail stores

| Claim limitation | Accused Device: De Beers diamond scanning machine |
|---|---|
| | "How does Tracr Work?" ("A high-tech 3D scanner captures imagery and data on a diamond's attributes at source.") See Amended Complaint ¶162 |
| a power source, | De Beers's diamond scanning machines have a power source.<br><br>On information and belief, a power source is required for operation of the components of the diamond scanning machines. |
| a processor in electronic communication with, said spectral imaging camera, and said laser range scanner, | De Beers's diamond scanning machines have a processor that receives electronic information from the spectral imaging camera and the laser range scanner.<br><br>On information and belief, a processor is required to control the components and to run the software necessary to produce the functionality of the diamond scanning machines used for Tracr. |
| a non-transient computer-readable memory in digital communication with said processor, | De Beers's diamond scanning machines have a non-transient computer-readable memory in digital communication with the processor.<br><br>On information and belief, a non-transient memory is required for operation of the diamond scanning machines used for Tracr. |

**Claim Chart Mapping accused De Beers' diamond scanning machines to Claim 1 of U.S. Patent No. 12,375,261**

The **De Beers** diamond scanning machines (the "Accused Device") are

- imported into the U.S. by De Beers Group,
- used by De Beers Jewelers
- used by Signet Jewelers' Kay Jewelers, Zales, Jared, and Blue Nile brand retail stores

| Claim limitation | Accused Device: De Beers diamond scanning machine |
|---|---|
| said non-transient computer-readable memory containing a plurality of unique digital signatures for a plurality of pre-recorded specific physical items, | The non-transient computer readable memory in De Beers's diamond scanning machines contain thousands ("a plurality") of digital IDs ("unique digital signatures") for multiple pre-recorded diamonds.<br><br>".. Tracr is our unique platform that uses . . . scanning equipment . . . to capture the physical attributes and a 3D image of an individual diamond. This creates a digital ID – or "asset" – so its history can be traced.<br><br>De Beers Group is using a scanning and measuring facility . . . to process and register thousands of De Beers Group-sourced rough diamonds every day before they are sold to Sightholders.<br><br>The digital ID can then be passed on to the next stage of the value chain, allowing details to be shared of a diamond's origin and provenance at every step, right through to the retailer.<br><br>A high-tech 3D scanner captures imagery and data on a diamond's attributes at source."<br><br>https://www.debeersgroup.com/~/media/Files/D/De-Beers-Group-V2/documents/sustainability-and-ethics/building-forever-sustainability-report-2022.pdf, page 42: "How does Tracr Work?" See Amended Complaint ¶162 |

**Claim Chart Mapping accused De Beers' diamond scanning machines to Claim 1 of U.S. Patent No. 12,375,261**

The **De Beers** diamond scanning machines (the "Accused Device") are

- imported into the U.S. by De Beers Group,
- used by De Beers Jewelers
- used by Signet Jewelers' Kay Jewelers, Zales, Jared, and Blue Nile brand retail stores

| Claim limitation | Accused Device: De Beers diamond scanning machine |
|---|---|
| each of said unique digital signatures comprising a digital combination of spectral data and 3D scan data of one of said pre-recorded specific physical items identifying and mapping in 3D coordinate space physical features of said one of said pre-recorded specific physical items, | The unique digital signatures ("digital ID", "virtual replica", "digital twin") generated by the De Beers diamond scanning machines each include identification and mapping in 3D coordinate space (3D mapping", "maps millions of points") of the physical features of the diamonds.<br><br>"..when a stone is discovered it is taken to a scanner which maps millions of points to form a complete 3D silhouette, or virtual replica, of the physical stone. This image and other characteristics such as the size and weight are logged on the system, completing the digital twin. In response to a question, regarding how to know if 20 small gems came from the same rough diamond, Mr. Tucker stated: "What Tracr does really effectively is marry the children stones to the parent stone and it keeps the parent-child relationship. We've developed algorithms which can take multiple scans along the value chain and verify them back to the original stone. Then we take the scan of the diamond through the cutting and planning process and we send those to the cloud and match it the whole way through the process…..Tracr isn't only reliant on blockchain, the system combines 3D mapping, AI, machine learning and the Internet of Things, which 'layer' on top of the blockchain."<br><br>Exhibit 27, "How De Beers is Tracing Diamonds from Miner to Customer." |

**Claim Chart Mapping accused De Beers' diamond scanning machines to Claim 1 of U.S. Patent No. 12,375,261**

The **De Beers** diamond scanning machines (the "Accused Device") are

- imported into the U.S. by De Beers Group,
- used by De Beers Jewelers
- used by Signet Jewelers' Kay Jewelers, Zales, Jared, and Blue Nile brand retail stores

| Claim limitation | Accused Device: De Beers diamond scanning machine |
|---|---|
| wherein said physical features comprise one or more of anomalies, defects, imperfections, flaws, geometric irregularities, inclusions, occlusions, scratches, tears, and warps. | The 3D map of a diamond contained in the De Beers digital ID/virtual replica/digital twin includes the physical features ("physical attributes") of the diamonds.<br><br>".. Tracr is our unique platform that uses . . . scanning equipment . . . to capture the physical attributes and a 3D image of an individual diamond. This creates a digital ID – or "asset" – so its history can be traced.<br><br>A high-tech 3D scanner captures imagery and data on a diamond's attributes at source.."<br><br>https://www.debeersgroup.com/~/media/Files/D/De-Beers-Group-V2/documents/sustainability-and-ethics/building-forever-sustainability-report-2022.pdf, page 42: "How does Tracr Work?" ("A high-tech 3D scanner captures imagery and data on a diamond's attributes at source.") See Amended Complaint ¶162 |