# EXHIBIT 32

**Claim Chart Mapping accused Anglo American ("Valutrax") scanning machines to Claim 1 of U.S. Patent No. 12,375,261**

| U.S. Patent No. 12,375,261, Claim 1 | |
|---|---|
| Claim limitation | Accused Device: The Anglo American "Valutrax" scanning machines |
| 1. An apparatus comprising: | On information and belief, the Anglo American Valutrax scanning machines are identical to the De Beers diamond scanning machines with respect to the elements of Claim 1.<br>"Anglo American's digital traceability journey began in 2018, with De Beers' investment in TracrTM, the world's first fully distributed diamond traceability platform with the ability to explore the provenance and authenticity of a diamond." https://www.angloamerican.com/media/press-releases/2023/14-11-2023<br><br>On information and belief, "Valutrax" is version 2-3 of Tracr. Rady v. BCG, et al. Complaint Video Folder Hyperlink, June 17, 2020, Tracr Community Briefing video @44:00. See Amended Complaint ¶102 |
| a housing, | On information and belief, Anglo American's "Valutrax" scanning machines use the same housing as the De Beers Tracr scanning machines.<br><br>Rady v. BCG, et al. Complaint Video Folder Hyperlink, June 17, 2020, Tracr Community Briefing video See Amended Complaint ¶102<br>De Beers video entitled "Tracr-The Creation of a Digital Asset" at 00:10 shows a housing. See Amended Complaint ¶155 |
| a spectral imaging camera mounted in or on said housing, | On information and belief, Anglo American's "Valutrax" scanning machines use the same a spectral imaging camera in as the De Beers Tracr scanning machines.<br><br>Rady v. BCG, et al. Complaint Video Folder Hyperlink, June 17, 2020, Tracr Community Briefing video See Amended Complaint ¶102<br><br>Rady v. BCG, et al. Complaint Video Folder Hyperlink De Beers video entitled "Tracr-The Creation of a Digital Asset" at 00:11 shows a spectral imaging camera in the housing. See Amended Complaint ¶155 |

**Claim Chart Mapping accused Anglo American ("Valutrax") scanning machines to Claim 1 of U.S. Patent No. 12,375,261**

| U.S. Patent No. 12,375,261, Claim 1 | |
|---|---|
| Claim limitation | Accused Device: The Anglo American "Valutrax" scanning machines |
| a light source mounted in or on said housing, | On information and belief, Anglo American's "Valutrax" scanning machines have the same light source that is used in the De Beers Tracr scanning machines.<br><br>Rady v. BCG, et al. Complaint Video Folder Hyperlink, June 17, 2020, Tracr Community Briefing video See Amended Complaint ¶102<br><br>Rady v. BCG, et al. Complaint Video Folder Hyperlink De Beers video entitled "Tracr-The Creation of a Digital Asset" at 00:11 sho.ws a light source in the housing See Amended Complaint ¶155. |
| a laser range scanner mounted in or on said housing, | On information and belief, Anglo American's "Valutrax" scanning machines have the same laser range scanner that is used in the De Beers Tracr scanning machines.<br><br>Rady v. BCG, et al. Complaint Video Folder Hyperlink, June 17, 2020, Tracr Community Briefing video at 00:11 shows a laser range scanner. See Amended Complaint ¶102<br><br>Rady v. BCG, et al. Complaint Video Folder Hyperlink, De Beers video entitled "Tracr-The Creation of a Digital Asset" at 00:11 shows a laser range scanner. See Amended Complaint ¶155<br><br>https://www.debeersgroup.com/~/media/Files/D/De-Beers-Group-V2/documents/sustainability-and-ethics/building-forever-sustainability-report-2022.pdf, page 42: "How does Tracr Work?" ("A high-tech 3D scanner captures imagery and data on a diamond's attributes at source.") See Amended Complaint ¶162 |

**Claim Chart Mapping accused Anglo American ("Valutrax") scanning machines to Claim 1 of U.S. Patent No. 12,375,261**

| U.S. Patent No. 12,375,261, Claim 1 | |
|---|---|
| Claim limitation | Accused Device: The Anglo American "Valutrax" scanning machines |
| a power source, | The Anglo American "Valutrax" scanning machines have a power source<br><br>A power source is required for operation of the above components. |
| a processor in electronic communication with, said spectral imaging camera, and said laser range scanner, | The Anglo American "Valutrax" scanning machines have a processor in communication with the spectral imaging camera and the laser range scanner<br><br>A processor is required to control the components and to run the software necessary to produce the functionality of the Anglo American scanning machines used for Valutrax. |
| a non-transient computer-readable memory in digital communication with said processor, | The Anglo American "Valutrax" scanning machines have a non-transient computer-readable memory in digital communication with the processor.<br><br>A non-transient memory is required for operation of the Anglo American scanning machines used for Valutrax |
| said non-transient computer-readable memory containing a plurality of unique digital signatures for a plurality of pre-recorded specific physical items, | On information and belief, the non-transient computer-readable memory of the Anglo American "Valutrax" scanning machines contain a plurality of unique digital signatures for a plurality of pre-recorded specific physical items. |
| each of said unique digital signatures comprising a digital combination of spectral data and 3D scan data of one of said pre-recorded specific physical items identifying and mapping in 3D coordinate space physical features of said one of said pre-recorded specific physical items, | On information and belief, Anglo American's "Valutrax" scanning machines operate just like De Beers' scanning machines, where unique digital signature in the non-transient computer-readable memory of the Anglo American "Valutrax" scanning machines includes a combination of spectral data and 3D scan data that identifies and maps in 3D coordinate space a physical object's physical features, |
| wherein said physical features comprise one or more of anomalies, defects, imperfections, flaws, geometric irregularities, inclusions, occlusions, scratches, tears, and warps. | The physical features of the physical objects include anomalies, defects, imperfections, flaws, geometric irregularities, inclusions, etc. |

**Claim Chart Mapping accused Anglo American ("Valutrax") scanning machines to Claim 1 of U.S. Patent No. 12,375,261**