# EXHIBIT 36

**Claim Chart Mapping accused Origyn Minting Box to Claim 1 of U.S. Patent No. 12,580,734**

| U.S. Patent No. 12,580,734, Claim 1 | |
|---|---|
| Claim limitation | Accused Device: The Origyn Minting Boxes: |
| 1. A method for generating a unique digital signature for a physical item comprising: | The Origyn Minting Boxes are used to generate a unique digital signature for a physical item. |
| imaging said physical item to produce 3D spatial information and spectral data, | The Origyn Minting Boxes image a physical item to produce 3D spatial and spectral data.<br><br>"You go really deep into the material you see that suddenly it becomes extremely different – there are no lighters the same even if you produce a million, 10 million of that lighter . . . when you go inside the material it will be always different, so this is what we call biometry -- we go inside the material inside the dial, inside the bezel or the screws, and we take picture of this and we can capture that image."<br>Reluxury Talks 2022 - Origyn Foundation Pitch, @ 4:29.<br>https://www.youtube.com/watch?v=OCG4TRB521I; See Amended Complaint ¶106<br><br>"The idea is to take a photo of the watch from every angle and in very high resolution as soon as it is produced, in order to generate a secure forgery-proof digital certification."<br><br>Imaging to obtain 3D spatial and spectral data is required to "go inside the material" and "go really deep into the material" and to "generate a secure forgery proof digital certification."<br>Le seconde main de luxe, un secteur en expansion qui doit traquer les contrefaçons - rts.ch - Economie – video @ 0.30<br><br>https://www.rts.ch/info/economie/13521536-le-seconde-main-de-luxe-un-secteur-en-expansion-qui-doit-traquer-les-contrefacons.html; See Amended Complaint ¶106 |
| using said 3D spatial information and said spectral data to generate a digital 3D spatial map of said | The Origyn Minting Boxes use the 3D spatial and spectral information to generate a 3D spatial map in 3D coordinate space (the biometry) the physical features of the item. |

**Claim Chart Mapping accused Origyn Minting Box to Claim 1 of U.S. Patent No. 12,580,734**

| | |
|---|---|
| physical item, mapping in 3D coordinate space physical features of said physical item, | "You go really deep into the material you see that suddenly it becomes extremely different – there are no lighters the same even if you produce a million, 10 million of that lighter . . . when you go inside the material it will be always different, so this is what we call biometry -- we go inside the material inside the dial, inside the bezel or the screws, and we take picture of this and we can capture that image."<br>Reluxury Talks 2022 - Origyn Foundation Pitch, @ 4:29.<br>https://www.youtube.com/watch?v=OCG4TRB521I; See Amended Complaint ¶106<br><br>"The idea is to take a photo of the watch from every angle and in very high resolution as soon as it is produced, in order to generate a secure forgery-proof digital certification."<br><br>Le seconde main de luxe, un secteur en expansion qui doit traquer les contrefaçons - rts.ch - Economie – video @ 0.30<br><br>https://www.rts.ch/info/economie/13521536-le-seconde-main-de-luxe-un-secteur-en-expansion-qui-doit-traquer-les-contrefacons.html; See Amended Complaint ¶106 |
| using said digital 3D spatial map to generate a unique digital signature for said physical item, | The digital 3D spatial map generated by the Origyn Minting Box is used to generate the "secure forgery-proof digital certification."<br><br>"The idea is to take a photo of the watch from every angle and in very high resolution as soon as it is produced, in order to generate a secure forgery-proof digital certification."<br><br>Le seconde main de luxe, un secteur en expansion qui doit traquer les contrefaçons - rts.ch - Economie – video @ 0.30<br><br>https://www.rts.ch/info/economie/13521536-le-seconde-main-de-luxe-un-secteur-en-expansion-qui-doit-traquer-les-contrefacons.html; See Amended Complaint ¶106 |

**Claim Chart Mapping accused Origyn Minting Box to Claim 1 of U.S. Patent No. 12,580,734**

| | |
|---|---|
| | <br>Rady v. BCG, et al. Complaint Video Folder Hyperlink, ORIGYN Biometric Certificates How Certification Works for Luxury Objects – video; See Amended Complaint ¶172 |
| comparing said unique digital signature to a plurality of previously recorded unique digital signatures corresponding to a plurality of previously imaged physical items to determine whether said physical item is identical to, part of, or completely different from any of said previously imaged physical items, | The Origyn Minting Box compares the secure forgery-proof digital certification to prior records to determine whether it is authentic.<br><br>"The idea is to take a photo of the watch from every angle and in very high resolution as soon as it is produced, in order to generate a secure forgery-proof digital certification."<br><br>Le seconde main de luxe, un secteur en expansion qui doit traquer les contrefaçons - rts.ch - Economie – video @ 0.30<br><br>https://www.rts.ch/info/economie/13521536-le-seconde-main-de-luxe-un-secteur-en-expansion-qui-doit-traquer-les-contrefacons.html; See Amended Complaint ¶106 |

**Claim Chart Mapping accused Origyn Minting Box to Claim 1 of U.S. Patent No. 12,580,734**

| | |
|---|---|
| | The non-transient computer-readable memory in the Origyn Minting Boxes contains at least two unique digital signatures for a corresponding number of pre-recorded specific physical items. Origyn descended from Tracr and work just like Tracr.<br><br>See Amended Complaint ¶ 63, "I'm Mike Schwartz, co-founder of Origyn and long-time supporter of Dfinity and the internet computer. Following my work with Tracr from the beginning a number of years ago, whose anchor partner was De Beers, Tracr was devised to implement provenance of diamonds for sustainability and ethically sourced assets through the value chain, and other industry players joined that platform. Since that time, I was always looking for other asset classes to leverage the same kind of benefits. Origyn, like Tracr, is concerned with the provenance and authenticity and heritage of real world physical objects in the first instance luxury goods and in particular watches. Origyn allows us to uniquely identify and authenticate luxury watches and soon other items as well. . . . These items will be embedded in digital twins which Origyn will house and will be deployed on the internet computer."<br><br>Swiss Luxury Watch Industry Reinvents a $35 Billion Dollar Market on The Internet Computer @ 0.12. https://www.youtube.com/watch?v=2r5qQBKAHHU; See Amended Complaint ¶63<br><br>"Here we have a dial of a watch, a Daytona. We see index number two and we're taking millions of points, we're going to zoom in on the two and you see that the fingerprint is unique, no two can be the same. Even if you make the same dial a million times, they will still be unique."<br><br>https://www.rts.ch/info/economie/13521536-le-seconde-main-de-luxe-un-secteur-en-expansion-qui-doit-traquer-les-contrefacons.html; See Amended Complaint ¶106 (English Translation). |

**Claim Chart Mapping accused Origyn Minting Box to Claim 1 of U.S. Patent No. 12,580,734**

| | |
|---|---|
| wherein said comparing step includes rotating in virtual space said physical features of said physical item defined by said unique digital signature to identify a match with physical features defined by one of said plurality of previously recorded digital signatures, | Mike Schwartz co-founder of Origyn confirmed that Origyn is using the Tracr technology which necessarily requires rotation and alignment of the 3D spatial data in virtual space. See Amended Complaint ¶ 63<br>See, e.g., Rady v. BCG, et al. Complaint Video Folder Hyperlink, May 21, 2019 Tracr Community Briefing video @14:25; See Amended Complaint ¶ 99 |
| recording said unique digital signature on a non-transient computer readable memory. | The Origyn Minting Box records the secure forgery-proof digital certification for later comparison/certification/authentication. |