# EXHIBIT 38

**Claim Chart Mapping accused Anglo American ("Valutrax") scanning machines to Claim 1 of U.S. Patent No. 12,638,734**

| U.S. Patent No. 12,638,734, Claim 1 | |
|---|---|
| Claim limitation | Accused Device: The Anglo American "Valutrax" scanning machines: |
| 1. A method for generating a unique digital signature for a physical item comprising: | On information and belief, the operation of an Anglo American Valutrax scanning machine necessarily carries out the following method for generating a unique digital signature for a physical item identically to operation of a De Beers diamond scanning machines with respect to the elements of claim 1.<br><br>"Anglo American's digital traceability journey began in 2018, with De Beers' investment in Tracr™, the world's first fully distributed diamond traceability platform with the ability to explore the provenance and authenticity of a diamond."<br>https://www.angloamerican.com/media/press-releases/2023/14-11-2023<br><br>On information and belief, "Valutrax" is version 2-3 of Tracr. Rady v. BCG, et al. Complaint Video Folder Hyperlink, June 17, 2020, Tracr Community Briefing video @44:00. See Amended Complaint ¶102 |

**Claim Chart Mapping accused Anglo American ("Valutrax") scanning machines to Claim 1 of U.S. Patent No. 12,638,734**

| | |
|---|---|
| imaging said physical item to produce 3D spatial information and spectral data, | On information and belief, operation of Anglo American's "Valutrax" scanning machines carry out the same method steps as operation of the De Beers Tracr scanning machines by imaging a physical item using spectral imaging cameras and laser range scanners to produce spectral data and 3D spatial information.<br><br><br><br><br>Rady v. BCG, et al. Complaint Video Folder Hyperlink, De Beers video entitled "Tracr-The Creation of a Digital Asset" at 00:11 shows a spectral imaging camera in the housing. See Amended Complaint ¶155 |
| using said 3D spatial information and said spectral data to generate a digital 3D spatial map of said physical item, mapping in 3D coordinate space physical features of said physical item, | In operation, the Valutrax scanning machines operate the same way the De Beers diamond scanning machines do, using the 3D spatial information and the spectral data to generate a 3D spatial map that maps out in 3D space the physical features of the item.<br>"..when a stone is discovered it is taken to a scanner which maps millions of points to form a complete 3D silhouette, or `, of the physical stone. This image and other characteristics such as the size and weight are logged on the system, |

**Claim Chart Mapping accused Anglo American ("Valutrax") scanning machines to Claim 1 of U.S. Patent No. 12,638,734**

| | |
|---|---|
| | completing the digital twin. In response to a question, regarding how to know if 20 small gems came from the same rough diamond, Mr. Tucker stated: "What Tracr does really effectively is marry the children stones to the parent stone and it keeps the parent-child relationship. We've developed algorithms which can take multiple scans along the value chain and verify them back to the original stone. Then we take the scan of the diamond through the cutting and planning process and we send those to the cloud and match it the whole way through the process…..Tracr isn't only reliant on blockchain, the system combines 3D mapping, AI, machine learning and the Internet of Things, which 'layer' on top of the blockchain."<br><br>Exhibit 27, "How De Beers is Tracing Diamonds from Miner to Customer." |
| using said digital 3D spatial map to generate a unique digital signature for said physical item, | As with the De Beers diamond scanning machines, the Valutrax scanning machines use the digital 3D map to generate a unique digital signature, a "digital ID" for the item.<br>".. Tracr is our unique platform that uses . . . scanning equipment . . . to capture the physical attributes and a 3D image of an individual diamond. This creates a digital ID – or "asset" – so its history can be traced. |
| comparing said unique digital signature to a plurality of previously recorded unique digital signatures corresponding to a plurality of previously imaged physical items to determine whether said physical item is identical to, part | As with the De Beers scanning machines, the Valutrax scanning machines use the digital ID for the scanned item to compare it to other digital IDs to prove the origin and provenance of the physical item.<br><br>De Beers Group is using a scanning and measuring facility . . . to process and register thousands of De Beers Group-sourced rough diamonds every day before they are sold to Sightholders. Valutrax is a version of Tracr that is used to scan and identify ores, metals and other physical objects. |

**Claim Chart Mapping accused Anglo American ("Valutrax") scanning machines to Claim 1 of U.S. Patent No. 12,638,734**

| U.S. Patent No. 12,638,734, Claim 1 | |
|---|---|
| Claim limitation | Accused Device: The Anglo American "Valutrax" scanning machines: |
| of, or completely different from any of said previously imaged physical items, | The digital ID can then be passed on to the next stage of the value chain, allowing details to be shared of a diamond's origin and provenance at every step, right through to the retailer.<br><br>A high-tech 3D scanner captures imagery and data on a diamond's attributes at source."<br><br>https://www.debeersgroup.com/~/media/Files/D/De-Beers-Group-V2/documents/sustainability-and-ethics/building-forever-sustainability-report-2022.pdf, page 42: "How does Tracr Work?" ("A high-tech 3D scanner captures imagery and data on a diamond's attributes at source.") See Amended Complaint ¶162 |
| wherein said comparing step includes rotating in virtual space said physical features of said physical item defined by said unique digital signature to identify a match with physical features defined by one of said plurality of previously recorded digital signatures, and | The Valutrax platform's object matching capability, in which the geometric transformation caused by cutting and polishing ores, stones, and other materials means that the remaining physical features of each modified item will be in a different spatial orientation relative to the original unmodified item. Accordingly, the comparing step carried out by the Valutrax scanning machines to identify a match between a unmodified and modified objects necessarily requires rotation and alignment of the 3D spatial data in virtual space. |
| recording said unique digital signature on a non-transient computer readable memory. | Part of the central feature of the Valutrax platform is the recording of the digital IDs of scanned items |

**Claim Chart Mapping accused Anglo American ("Valutrax") scanning machines to Claim 1 of U.S. Patent No. 12,638,734**